# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAMIRE WARREN,** | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 23-CV-3386** |
| | : | |
| **DR. LITTLE,** *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 14th day of May, 2024, it is **ORDERED** that:

1. This case is **DISMISSED WITH PREJUDICE** for failure to prosecute for the reasons stated in the Court's accompanying Memorandum.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

3. If Damire Warren still intends to prosecute this case, he must move for reconsideration of this Order in accordance with Federal Rule of Civil Procedure 59(e).

**BY THE COURT:**

/s/ Chad F. Kenney

_____
**CHAD F. KENNEY, J.**